SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
JULIO CRUZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>JAFFA INVESTMENTS LIMITED PARTNERSHIP; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 8:25-cv-00579-MWC (ADSx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JULIO CRUZ ("Plaintiff") and Defendant JAFFA INVESTMENTS LIMITED PARTNERSHIP stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\
\\

| | |
|---|---|
| | Respectfully submitted, |
| DATED: July 1, 2025 | SO. CAL. EQUAL ACCESS GROUP |
| | By: /s/ Jason J. Kim<br>Jason J. Kim<br>Attorneys for Plaintiff |
| DATED: July 1, 2025 | |
| | By: /s/ Adolfo B. Garber<br>Adolfo B. Garber, Esq.<br>Attorneys for Defendant<br>JAFFA INVESTMENTS LIMITED PARTNERSHIP |

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 1, 2025        By: /s/ Jason J. Kim
                                    Jason J. Kim

-2-

STIPULATION FOR DISMISSAL